1414

Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.

■ In the Matter of the Accounting of LAURIE C. KALKMAN, as Trustee under L. WILLIAM COULTER FAMILY TRUST Dated July 20, 1994 under Will of L. WILLIAM COULTER, Deceased, Respondent. GEOFFREY R. COULTER, Appellant. [930 NYS2d 171]— Present—Scudder, P.J., Peradotto, Green, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANA P. BROWN, Appellant. [930 NYS2d 172]— Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ In the Matter of COLONIAL SURETY COMPANY, Appellant, v LAKEVIEW ADVISORS, LLC, et al., Respondents, et al., Respondent. (Appeal No. 2.) [930 NYS2d 508]— Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ DANIEL C. OAKES et al., Respondents, v RAJNIKANT PATEL, M.D., et al., Appellants. [930 NYS2d 504]— Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ FRANK MCGUIRE et al., Plaintiffs, and MCGUIRE CHILDREN, LLC, Respondent, v WILLIAM L. HUNTRESS et al., Appellants. (Appeal No. 1.) [930 NYS2d 171]— Present— Smith, J.P., Carni, Lindley and Gorski, JJ.

■ FRANK MCGUIRE et al., Plaintiffs, and MCGUIRE CHILDREN, LLC, Respondent, v WILLIAM L. HUNTRESS et al., Appellants. (Appeal No. 2.) [930 NYS2d 171]— Present— Smith, J.P., Carni, Lindley and Gorski, JJ.

■ EARTH ENERGY CONSULTANTS, LLC, Appellant, v SENECA COUNTY INDUSTRIAL DEVELOPMENT AGENCY et al., Respondents. [930 NYS2d 170]— Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ VICKI JEWETT et al., Respondents-Appellants, v M.D. FRITZ, INC., Doing Business as BURGUNDY ROOM RESTAURANT &